UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-189 |
| | ) | |
| TIMOTHY WAYNE TURBEN | ) | |

## MEMORANDUM AND ORDER

Now before the court is the defendant's motion to continue his January 22, 2020 trial date. [Doc. 14]. Defense counsel states that a continuance of approximately 90 days is needed to investigate the facts of this case and to advise the defendant of the best possible resolution. According to the motion, the United States does not oppose the requested relief.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 14] is **GRANTED**. This criminal case is **CONTINUED** from January 22, 2020, to **Wednesday, May 6, 2020, at 9:00 a.m.** in Knoxville. The new plea cutoff date is April 16, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge